[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

————————————————

No. 23-13993

Non-Argument Calendar

————————————————

MOUSSA U'NRA DIARRA,

Petitioner-Appellant,

*versus*

COBB COUNTY SHERIFF,
DEKALB COUNTY SHERIFF,

Respondent-Appellee.

————————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-04786-WMR-LTW

Opinion of the Court                     23-13993

_____

Before WILSON, BRASHER, and ABUDU, Circuit Judges.

This appeal is DISMISSED, *sua sponte,* for lack of jurisdiction. Moussa U'nra Diarra, a Georgia prisoner proceeding *pro se,* appeals from a magistrate judge's order denying his request for appointment of counsel. The magistrate judge's order is not a final and appealable order because the order had not been rendered final by the district court when Diarra filed the notice of appeal. *See Donovan v. Sarasota Concrete Co.,* 693 F.2d 1061, 1066–67 (11th Cir. 1982); *United States v. Schultz,* 565 F.3d 1353, 1359 (11th Cir. 2009). Accordingly, we lack jurisdiction to review that order.

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.